No. 344.  DEXTER *v.* WASHINGTON.  *Per Curiam*: The judgment is affirmed.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.  *Harry T. Davenport* for appellant.  *Smith Troy,* Attorney Gen-

eral of Washington, and *Lyle L. Iversen,* Assistant Attorney General, for appellee.